UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

VAILA SALINA, *on behalf of herself and all others similarly situated*,

        Plaintiff,

  -v-

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendant.

Civil Action No. 1:18-cv-03327-CBA-ST

## STIPULATION OF SETTLEMENT

    Pursuant to this Court's Amended Order, dated September 24, 2018, Plaintiff, Vaila Salina ("Plaintiff"), by counsel, and Defendant, Portfolio Recovery Associates, LLC ("Defendant"), by counsel, hereby stipulate that Plaintiff and Defendant, have reached a settlement as it relates to Plaintiff's claims against Defendant. The parties respectfully request an additional 21 days to file the requisite stipulation of dismissal to ensure Plaintiff has received the settlement funds prior to dismissal of this action.

        Respectfully submitted,

Dated: October 25, 2018

        */s/ Subhan Tariq*
        Subhan Tariq
        The Tariq Law Firm, PLLC
        68 Jay Street, Suite 201
        Brooklyn, New York 11201
        Telephone: (718) 674-1245
        Facsimile: (516) 453-0490
        E-Mail: subhan@tariqlaw.com
        *Counsel for Plaintiff Vaila Salina*

        and

         */s/ Stephen J. Steinlight*
         Stephen J. Steinlight
         TROUTMAN SANDERS LLP
         875 Third Avenue
         New York, New York 10022
         Telephone: (212) 704-6000
         Facsimile: (212) 704-6288
         stephen.steinlight@troutman.com
         *Counsel for Defendant Portfolio Recovery*
         *Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Stephen J. Steinlight*
Stephen J. Steinlight

36791047