

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAILA SALINA, | Civil Action No: 1:18-cv-03327-CBA-ST |
| Plaintiff, | |
| -against- | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiff Vaila Salina, and Defendant Portfolio Recovery Associates, LLC, that the within action shall be dismissed with prejudice and with each party to bear their own fees and costs.

**The Tariq Law Firm, PLLC**
*Attorney for Plaintiff*
*Vaila Salina*

By: /s/Subhan Tariq
    Subhan Tariq, Esq.

68 Jay Street, Suite 201
Brooklyn, NY 11201
Tel No: (718) 674-1245

**Troutman Sanders LLP**
*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*

By: /s/ Stephen Jay Steinlight
    Stephen Jay Steinlight, Esq.

875 Third Avenue
New York, NY 10022
Tel No: (212) 704-6000

*So Ordered*

s/Carol Bagley Amon

10/31/18